NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ISRAEL R. ORTIZ,                          )
                                          )
           Appellant,                 )
                                          )
v.                                        )     Case No. 2D18-2321
                                          )
STATE OF FLORIDA,                         )
                                          )
           Appellee.                  )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Howard L. Dimmig, II, Public Defender,
and Susan M. Shanahan, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

KHOUZAM, C.J., and SALARIO and ROTHSTEIN-YOUAKIM, JJ., Concur.